# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————————

No. 1D18-310

——————————————————

WALTER E. WILLIAMS,

    Appellant,

v.

JULIE L. JONES, Secretary,
Department of Corrections,

    Appellee.

——————————————————

On appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, Judge.

January 7, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

——————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————————

Walter E. Williams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Robert Quentin Humphrey, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.